**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT K. DEE, JR., | |
| Plaintiff, | CIVIL ACTION NO. 3:05-CV-1342 |
| v. | (JUDGE CAPUTO) |
| BOROUGH OF DUNMORE, *et al.*, | |
| Respondent. | |

## ORDER

**NOW**, this 25th day of February, 2013, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for an Award of Attorney Fees and Costs (Doc. 190) is **GRANTED IN PART** in the amount of $66,938.56. Plaintiff is awarded $60,000.00 in fees for services rendered by Attorney Pollick, her legal assistants, and her legal researchers, and $6,938.56 in costs.

(2) Plaintiff's Motion for Defense Counsel's Attorney Time Records and Attorney Billing Invoice Statements (Doc. 192) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge